FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 13 AM 9:00
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE HERITAGE BANK, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. CV414-268 |
| QUINNCO HINESVILLE, LLC; CHARLES W. COKER, JR.; and MICHAEL F.P. MALONEY, | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of April 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA